M. P. No. 103. EDWARD DONAVAN *v.* CRISS RAMBLER, INC. AND INSURANCE COMPANY OF NORTH AMERICA. EDWARD DONAVAN *v.* JOHN L. BOSSIAN AND INSURANCE COMPANY OF NORTH AMERICA. RUTH DONAVAN *v.* JOHN L. BOSSIAN AND INSURANCE COMPANY OF NORTH AMERICA. RUTH DONAVAN *v.* CRISS RAMBLER, INC. AND INSURANCE COMPANY OF NORTH AMERICA. Motion of defendant, The Insurance Company of North America, for leave to file petition for writ of certiorari denied. *Gunning & LaFazia, S. Thomas Cotroneo,* for plaintiffs. *Francis V. Reynolds,* Attorney for Insurance Company of North America, defendant.

EQUITY No. 3283. PAUL V. CATALDO AND PAUL V. CATALDO II, *p.p.a.* PAUL V. CATALDO *v.* ADMIRAL INN, INC. Motion of respondent for leave to reargue denied. *Goodman, Semonoff & Gorin, Norman G. Orodenker, Nathan W. Chace,* for petitioner. *Graham, Reid, Ewing & Stapleton, Edward J. Regan,* for respondent.

April 18, 1967.

A. No. 74. NATHAN FEIGELMAN *v.* 204 THAMES STREET CORP., *et al.* Motion of guardian ad litem to dismiss appeal of Ida F. Rudolph from Order dated January 23, 1967 granted. *W. Ward Harvey,* for plaintiff. *Milton Stanzler* Guardian Ad Litem for Ida F. Rudolph, Ida F. Rudolph, pro se.

April 25, 1967.

M. P. No. 71. WILLIAM A. BURKE *v.* HAROLD V. LANGLOIS. Motion for leave to file petition for writ of habeas corpus denied. *William A. Burke,* pro se, petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Special Assistant Attorney General, for respondent.